## Bertha B. BAMBERGER et al. v. COMMISSIONER OF INTERNAL REVENUE.
### No. 974.

Circuit Court of Appeals, Tenth Circuit.
Oct. 19, 1933.

984

Morris & Callister, of Salt Lake City, Utah, for petitioners.

E. Barrett Prettyman, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Cause reversed and remanded, with directions on stipulation.